Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Western District of Arkansas

_____Fayetteville__ Division

| | |
|---|---|
| Cedric Greene | Case No.     5:26-cv-05051 |
| ) ) ) | _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* ) ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) ) ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- ) | |
| St. Vincent De Paul- Cardinal Manning Center ) ) ) | |
| ) ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cedric Greene |
| Street Address | (Mailing Address) 501 East 6TH Street |
| City and County | Los Angeles |
| State and Zip Code | California 9001` |
| Telephone Number | (323) 972- 9966 |
| E-mail Address | Cedricgreene33@yahoo.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | St. Vincent De Paul- Cardinal Manning Center |
| Job or Title *(if known)* | |
| Street Address | 231 Winston Street |
| City and County | Los Angeles |
| State and Zip Code | California 90013 |
| Telephone Number | (213) 229- 9971 |
| E-mail Address *(if known)* | socialservices@svdpla.org |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[ ] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Cedric Greene                          , is a citizen of the State of *(name)*  Displaced / Unsettled / Transition Pending  .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

**Statement of Claim**

St. Vincent De Paul's Cardinal Manning Center is an organization under the laws of the State of California, and has its principal place of business in the State of California. Greene is a citizen that's currently displaced, unsettled, and seeks to return back to his home State of Arkansas. That's why the case is being presented to Arkansas's system under diversity despite of the current whereabouts.

In terms of the civil claim, Greene was an individual that was subject to harassment from a Security Guard that was contracted to work at St. Vincent's Cardinal Manning Center. The Cardinal Manning Center however, wrongfully altered matters as if Greene was refusing security check upon entry in their facility, and that Greene was using profanity toward their security and staff that worked at their location.

From the dates of November 10 to November 29, 2021, the homeless facility had Greene under unconstitutional conditions to enter their facility for living purposes. The facility and its staff caused Greene major embarrassment, violated his rights to privacy, scrutinized him in the presence of others, and made him a target of differential treatment. Greene understood that homeless clients are screened before they are permitted to have access in the living environment, but it's generally performed in a secured location "inside the premises." Searched and Security screenings are never performed outside where everyone could witness what's occurring. These were Greene's specific conditions from November 10 to November 29, 2021. Greene was subject to searches and security screenings outside the premises in the public eye. No other participant was subject to security, or screenings outside the premises, and the claim that Greene was using profanity towards others was also one that was senseless, because Mr. Greene doesn't have to direct profanity to anyone to express himself, nor does he have to use it in a conversation detailing his dislikes. The unconstitutional guidelines were none other than a tactic deployed by the facility Director to harass, and make Greene's living circumstances uncomfortable for Greene to the point that he would just voluntary-leave without placement. Nevertheless, they imposed unconstitutional and differential treatment on Greene from the dates that were mentioned. If Greene didn't comply, he couldn't obtain entry inside their premises. The differential treatment violated Greene's privacy rights, exposed him to embarrassment amongst others, and singled him out as an alleged threat to their safety.

## RELIEF

In his prayer for relief, Greene seeks to file an 8TH Amendment claim against the Cardinal Manning Center for cruelty, and excessive unlawful punishment for a monetary amount that will be detailed at a later date. Since Mr. Greene's intent is to transition to Arkansas from displacement situations, we would ask that the case be accepted under residency situations due to the fact that Greene is a citizen that was born in the Natural State. Finally, attached the civil complaint is a First Circuit Court of Appeals order that that was construed on February 3, 2026. Repeated scandals of Greene's name in the legal system, and Mid- Western venues recanting on transfer offers to Greene is what rose to the level of an Eastern United States submission for *pro se opportunity,* but Greene's legal request was dismissed on January 30, 2026.

That's one of many just cause reasons we will ask that the Fayetteville Division of the Western District of Arkansas, to accept an 8TH *Amendment monetary claim* in federal court at the request of Cedric Greene.

SIGNED this *18TH day of February, 2026.*                    By: *Cedric Greene Jr.*

**Exhibit**

# United States Court of Appeals
## For the First Circuit

No. 26-8007

IN RE: CEDRIC GREENE,

Petitioner.

Before

Rikelman, Howard, and Aframe,
<u>Circuit Judges</u>.

### ORDER OF COURT

Entered: February 3, 2026

We are in receipt of petitioner's motion to clarify, which we construe as a petition for panel rehearing. So construed, the petition is denied. No further filings will be considered in this closed case.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Cedric Greene

Cedric Greene

501 E. 6Th Street

Los Angeles, CA. 90021

Received WD/AR

FEB 24 2026

U.S. Clerk's Office

Retail

UNITED STATES POSTAL SERVICE®

72701

RDC 99

U.S. POSTAGE PAID
FCM LETTER
NORTH HOLLYWOOD
CA 91601
FEB 18, 2026
$1.07

S2324D502742-17

Western District of Arkansas

35 East Mountain Street # 510

Fayetteville, Arkansas 72701

72701-535335