# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CEDRIC GREENE**                                                                                                      **PLAINTIFF**

**V.**                                     **CASE NO. 5:26-CV-5051**

**ST. VINCENT DE PAUL – CARDINAL**
**MANNING CENTER**                                                                                  **DEFENDANT**

## ORDER

On February 24, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of the Complaint pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") (Doc. 4) finding that the case should be dismissed due to lack of subject matter jurisdiction. On February 26, 2026, Plaintiff filed Objections to the R&R (Doc. 5), which triggered this Court's *de novo* review of the record. Plaintiff's Objections do not address the Court's lack of subject matter jurisdiction. Although Plaintiff suggests this Court could transfer the case to another venue, presumably California, rather than dismiss it, the fact remains that transfer would not cure the lack of subject matter jurisdiction.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 26th day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE